UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; et al.,<br><br>        Plaintiffs - Appellees,<br>and<br><br>STATE OF NORTH DAKOTA, ex rel. Drew H. Wrigley and STATE OF GEORGIA, ex rel. Christopher M. Carr,<br><br>        Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC.; et al.,<br><br>        Defendants - Appellants. | No. 24-7032<br><br>D.C. Nos.<br>4:23-cv-05448-YGR<br>4:22-md-03047-YGR<br>Northern District of California, Oakland |
| PERSONAL INJURY PLAINTIFFS; et al.,<br><br>        Plaintiffs - Appellees,<br>  v.<br><br>META PLATFORMS, INC., f/k/a Facebook, Inc.; et al.,<br><br>        Defendants - Appellants,<br>and<br><br>SNAP INC.; et al.,<br><br>        Defendants. | No. 24-7037<br><br>D.C. No.<br>4:22-md-03047-YGR<br>Northern District of California, Oakland |

| | |
|---|---|
| STATE OF COLORADO,<br><br>   Plaintiff - Appellant,<br>and<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA; et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>META PLATFORMS, INC.; et al.,<br><br>   Defendants - Appellees. | No. 24-7265<br><br>D.C. No.<br>4:23-cv-05448-YGR<br>Northern District of California,<br>Oakland |
| MULTISTATE ATTORNEY GENERAL<br>PLAINTIFFS,<br>   Plaintiff - Appellant,<br>and<br><br>PERSONAL INJURY PLAINTIFFS; et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>META PLATFORMS, INC.; et al.,<br><br>   Defendants - Appellees,<br>and<br><br>N. B.,<br>   Defendant. | No. 24-7300<br><br>D.C. No.<br>4:22-md-03047-YGR<br>Northern District of California,<br>Oakland |

24-7037+

PERSONAL INJURY PLAINTIFFS; et al.,

        Plaintiffs - Appellees,

  v.

BYTEDANCE LTD; et al.,

        Defendants - Appellants,

and

META PLATFORMS, INC.; et al.,

        Defendants.

No. 24-7312

D.C. No.
4:22-md-03047-YGR
Northern District of California,
Oakland

---

PERSONAL INJURY
PLAINTIFFS and LOCAL
GOVERNMENT AND SCHOOL
DISTRICT PLAINTIFFS,

        Plaintiffs - Appellants,

and

MULTISTATE ATTORNEY GENERAL
PLAINTIFFS and FLORIDA OFFICE OF
THE ATTORNEY GENERAL,

        Plaintiffs,

  v.

FACEBOOK HOLDINGS, LLC; et al.,

        Defendants - Appellees.

No. 24-7304

D.C. No.
4:22-md-03047-YGR
Northern District of California,
Oakland

24-7037+

These appeals are consolidated.

The joint motion (Docket Entry No. 43 in 24-7032) to modify the schedule for the pending motions to dismiss is granted. The responses to the pending motions and any cross-motions to dismiss are due January 10, 2025. The replies in support of the pending motions and the responses to any cross-motions are due January 21, 2025. The replies in support of any cross-motions are due January 28, 2025.

Briefing is stayed. If necessary, the court will establish a consolidated briefing schedule for these appeals after resolution of the motions to dismiss.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

24-7037+