Nos. 24-7032, 24-7037, 24-7265, 24-7300

In the
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,

    Plaintiffs-Appellees / Cross-Appellants,

v.

META PLAFORMS, INC.; et al.,

    Defendants-Appellants / Cross-Appellees.

Appeal From the United States District Court
For The Northern District of California,
Oakland Division
Hon. Yvonne Gonzalez Rogers, District Judge
Case No. 4:23-CV-05448 (MDL NO. 3047)
Case No. 4:22-MD-03047 (MDL NO. 3047)

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff the State of Missouri *ex rel.* Andrew Bailey, Attorney General and Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc. and Meta Platforms Technologies, LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate to the dismissal of (1) Defendants' appeal as relates only to the State of Missouri in Case Nos. 24-7032 and 24-7037 and (2) only the State of

Missouri's appeal in Case Nos. 24-7265 and 24-7300, each of which are stipulated to in accordance with Rule 42(b)(1) of the Federal Rules of Appellate Procedure. The State of Missouri has already withdrawn its pending motion to intervene in No. 25-584. *See* No. 25-584, Dkt. 35.1 n.2. Each party is to bear their own costs and fees.

Dated: April 28, 2025          Respectfully submitted,

**ANDREW BAILEY**
Attorney General
State of Missouri

_____
Michael Schwalbert, pro hac vice
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago.mo.gov
Phone: 314-340-7888
Fax: 314-340-7981

*Attorneys for Plaintiff State of Missouri*

**COVINGTON & BURLING LLP**

*/s/ Phyllis A. Jones*
Phyllis A. Jones, pro hac vice
COVINGTON & BURLING LLP

2

One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*